In the Matter of the Claim of ROBERT TYNER, Respondent, against ROMAN CATHOLIC ORPHAN ASYLUM SOCIETY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 9, 1934; decided January 23, 1934.)

*H. Dudley Bierau* for appellants.

*Jeremiah F. Connor* for Robert Tyner, respondent.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.